JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JIMMY HERNANDEZ, | ) | NO. CV 20-10416-DMG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN SUTTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 7, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE